IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                              CASE NO. 1:88-cr-01017-MP

UMBERTO MARUJA GUTIERREZ,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 205, Motion to Dismiss Indictment by United States as to Umberto Maruja Gutierrez. In the motion, the government states that the interests of justice would be served by dismissing the indictment because the Drug Enforcement Administration has advised the government that even "if defendant were to be apprehended, there is insufficient evidence, due to the age of the case and unavailability of witnesses, to proceed to trial." Doc. 205. Accordingly, the indictment is hereby dismissed against Umberto Maruja Gutierrez.

**DONE AND ORDERED** this   *23rd* day of December, 2005

                         *s/Maurice M. Paul*
                     Maurice M. Paul, Senior District Judge